# In the United States District Court for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANDREW WILLIAM ECKERD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-108 |
| | * | |
| v. | * | |
| | * | |
| JENNIFER STEELE CANNON; and | * | |
| STEPHEN D. KELLY, in their individual and | * | |
| official capacities, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which Plaintiff filed Objections, dkt. no. 11.[1] Plaintiff's Objections are not responsive to the Magistrate Judge's Report and Recommendation and do little more than reiterate the claims set forth in his Amended Complaint. Further, the Magistrate Judge properly analyzed Plaintiff's Complaint and concluded Plaintiff did not state a claim pursuant to 42 U.S.C. § 1983. Likewise, the

---

[1] Plaintiff's Objections are entitled "Declaration of Andrew William Eckerd". Dkt. No. 11. As Plaintiff filed another Declaration—which is docketed as such—on the same date as his Objections, the Court construes Plaintiff's first "Declaration" to be his Objections to the Report and Recommendation. The Court has considered the entirety of Plaintiff's pleadings in adopting the Report and Recommendation.

other pleadings Plaintiff has filed since the Magistrate Judge issued his Report and Recommendation, dkt. nos. 9, 10, 12, 14, are equally without merit.

Therefore, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, as amended, based on his failure to state a claim, **DISMISSES as moot** all pending Motions, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___5___ day of __December__, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2